Robyn M. Rebers, OSB# 034309  
Robyn M. Rebers LLC  
PO Box 3530  
Wilsonville, OR 97070  
Tel: 503-871-8890  
Fax: 888-398-8793  
robyn@reberslaw.com  
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RANDALL DEE BROWN, | CV No.: 6:20-cv-00685-JR |
| Plaintiff, | |
| | ORDER FOR EAJA FEES |
| v. | |
| ANDREW SAUL,<br>COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and 28 U.S.C. § 1920, it is hereby ordered that EAJA attorney's fees of $8,041.09 and costs in the amount of $400.00, for a total of $8,441.09, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If it is determined that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to attorney Robyn M. Rebers, based upon Plaintiff's assignment of these amounts to his attorney. If it is determined that Plaintiff has debt subject to the Treasury Offset Program, then the check for the remaining funds after offset of the debt shall be made

payable to Plaintiff. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Robyn Rebers, at P.O. Box 3530, Wilsonville, Oregon 97070

IT IS SO ORDERED.

DATED this 17th day of June, 2021.

      /s/ Jolie A. Russo
JOLIE A. RUSSO
United States Magistrate Judge

Presented by:
Robyn M. Rebers OSB# 034309
Attorney for Plaintiff